IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

IN RE APPLICATION OF THE : CASE NO. 3:13MJ101
UNITED STATES OF AMERICA FOR
AN ORDER AUTHORIZING THE
INSTALLATION AND USE OF PEN
REGISTERS AND TRAP AND
TRACE DEVICES

ORDER SEALING APPLICATION AND ORDER AUTHORIZING
PEN REGISTERS AND TRAP AND TRACE DEVICES

Upon Motion of the United States Attorney and for good cause shown;

IT IS ORDERED that the Application and Order Authorizing Pen Registers and Trap and Trace Devices be sealed and kept from public inspection.

_5-22-15_
DATE

_____
SHARON L. OVINGTON
CHIEF UNITED STATES MAGISTRATE JUDGE